# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Szymon Sanak et al v NewRez LLC, dba Shellpoint Mortgage Servicing

Case Number:

An appearance is hereby filed by the undersigned as attorney for:

NewRez LLC d/b/a Shellpoint Mortgage Serving

Attorney name (type or print): Ronald C. Gilbert III

Firm: Akerman LLP

Street address: 71 South Wacker Drive, 47th Floor

City/State/Zip: Chicago, IL 60606

Bar ID Number: 3553049
(See item 3 in instructions)

Telephone Number: 312-870-8041

Email Address: ronald.gilbert@akerman.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 09/14/2022

Attorney signature: S/ Ronald C. Gilbert III

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015