# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SZYMON SANAK, individually, and on behalf of all others similarly situated,<br>　　　　Plaintiff,<br>　v.<br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.　1:22-cv-04999<br><br>Honorable: |

## NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S LOCAL RULE 3.2 DISCLOSURE STATEMENT

　　　　Pursuant to Fed. R. Civ. P. 7.1, Defendant NewRez LLC d/b/a Shellpoint Mortgage Serving, by counsel, makes the following disclosure:

　　　　NewRez LLC d/b/a Shellpoint Mortgage Servicing is a wholly-owned subsidiary of Shellpoint Partners LLC, a Delaware limited liability company. Shellpoint Partners LLC is a wholly-owned subsidiary of NRM Acquisition LLC and NRM Acquisition II LLC, Delaware limited liability companies. Both NRM Acquisition entities are wholly-owned subsidiaries of New Residential Mortgage LLC, a Delaware limited liability company. New Residential Mortgage LLC is a wholly-owned subsidiary of Rithm Capital Corp. a Delaware corporation. Rithm Capital Corp., fka New Residential Investment Corp., is publicly traded on the New York Stock Exchange under the ticker symbol RITM, and was previously traded under the ticker symbol NRZ.

September 14, 2022

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Rebekah A. Carpenter*
　　　　　　　　　　　　　　　　　　　　Rebekah A. Carpenter (ARDC #6305616)
　　　　　　　　　　　　　　　　　　　　Ronald C. Gilbert, III (#3553049)
　　　　　　　　　　　　　　　　　　　　**AKERMAN LLP**
　　　　　　　　　　　　　　　　　　　　71 South Wacker Drive, 47th Floor
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　(312) 634-5700 Telephone
　　　　　　　　　　　　　　　　　　　　rebekah.carpenter@akerman.com
　　　　　　　　　　　　　　　　　　　　ronald.gilbert@akerman.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for defendant NewRez d/b/a*
　　　　　　　　　　　　　　　　　　　　*Shellpoint Mortgage Servicing*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of September 2022, a true and correct copy of the foregoing *Local Rule 3.2. Disclosure Statement* was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

*/s/ Rebekah A. Carpenter*
Rebekah A. Carpenter
*Attorney for NewRez LLC d/b/a*
*Shellpoint Mortgage Servicing*