UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Szymon Sanak
        Plaintiff,

v.                   Case No.: 1:22–cv–04999
                     Honorable Elaine E. Bucklo

Newrez LLC
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 28, 2022:

  MINUTE entry before the Honorable Elaine E. Bucklo: The courts sets the following briefing schedule on Plaintiff's motion to remand as follows: Defendant's response is due by 10/19/2022. Plaintiff's reply is due by 11/2/2022. Ruling before Honorable Elaine E. Bucklo on 12/14/2022 at 9:45 a.m. Defendant's unopposed motion to stay complaint answer deadline pending court's ruling on motion to remand [10] is granted. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.